

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN,**
Appellants

v.

**PETROHAWK OPERATING COMPANY** n/k/a BHP Billiton Petroleum (TxLa) Operating Company; Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.),L.P.; Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC; and  CEU Hawkville, LLC nka South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellees' Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court